# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:  Case No. 13-22662 AJC
Chapter 7

Walter A. Lista,

Debtor,
_____/

## MOTION FOR CONTEMPT

Creditor, CSK Educational Funding Trust, LLC moves this Honorable Court to adjudicate Cesar Sordo in contempt of court for violation of 11 U.S.C. 362, and states:

1. Movant is the owner and holder of a judgment against the Debtor. <u>Pre-Petition</u>, Movant caused the Miami-Dade County Sheriff to levy upon certain personal property of the Debtor.

2. Upon the filing of the Petition in this matter, the Movant immediately contacted the interim Trustee (Barry E. Mukamal) in order to either release the seized property to the Trustee subject to Movant's lien rights, or alternatively to allow the Sheriff to auction same with the proceeds to be held pending adjudication by this Court as to the respective lien rights of the parties.

3. Movant was instructed by the Trustee to contact proposed counsel for the Trustee. Movant and Trustee's proposed counsel, Drew M. Dillworth, Esq., conferred; and, Mr. Dillworth instructed the Movant to maintain the *status quo*, pending review by the Trustee.

4. However, on June 6, 2013, Cesar Sordo, purporting to act on behalf of the Debtor, contacted the Miami-Dade County Sheriff and demanded the return to the Debtor of all property seized pursuant to the Writ of Execution (a copy of the communication from Mr. Sordo is attached hereto as Exhibit "A") — further evidence of Debtor's bad faith in this Case, *i.e.* a ploy to get property released through manipulation of the system.

5. The property at issue is listed on the Debtor's schedules and constitutes property of the Estate pursuant to 11 U.S.C. § 541(a)(1).

6. 11 U.S.C. § 362(a)(3) clearly prohibits any act to obtain possession of property of the Estate or to exercise control of property of the Estate.

7. Mr Sordo is woefully familiar with the Bankruptcy Code and obviously recites to the Automatic Stay in his letter, so he must know this property is property of the bankruptcy estate and subject of the perfected lien interests of Movant under the writ.

8. 11 U.S.C. §362 is designed not only to protect the Debtor, but also to protect creditors of an Estate.  In fact, the bankruptcy court will not allow a violation of the stay to stand and will punish any party that violates it. This is the sort of *quid pro quo* that is implicit in the operation of the automatic stay.  *See, e.g., St. Paul Fire & Marine Insurance Company v. Labuzan*, 579 F.2d 533, 540 (1 Cir. 2009)

(Corporate creditors have standing to pursue automatic stay violations since automatic stay is also designed to protect creditors); *and In re MD Promenade, Inc.*, 2009 WL 80203, at *10 (Bankr. N.D. Tex. 2009) (" ... [T]he automatic stay exists to protect debtor and creditors alike from prejudicial or harmful actions taken against property of the estate").

9. In the instant matter, Mr. Sordo would like to have the Debtor benefit from the protections of 11 U.S.C. §362, while, at the same time, willfully violate those very same provisions, which would lead to an absolutely absurd result, and clearly reflects a "gaming" mentality.

**WHEREFORE**, it is respectfully requested that this Honorable Court adjudicate Cesar Sordo in violation of the automatic stay, and award fees and costs accordingly.

**I (JAMES B. MILLER) HEREBY CERTIFY** that I am admitted to the Bar for the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of this Pleading and attachments were served *via* ecf in pdf format upon those named below, and *via* US Mail this 6th day of June, 2013 upon: Debtor (at his home address), and Cesar Sordo, Esq., 3006 Aviation Avenue, Suite 2A, Coconut Grove, FL 33133 (and Fax No. (305) 859-8108).

EMAIL SERVICE *VIA* ECF:

Barry E Mukamal  bankruptcy@marcumllp.com, FL64@ecfcbis.com

Ronald G Neiwirth, Esq. on behalf of Debtor Water A Lista
rneiwirth@boyd-jenerette.com, mfamada@boyd-jenerette.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Respectfully submitted this 5th, day of June, 2011.

**RONIEL RODRIGUEZ, IV, P.A.**
Counsel for Creditor
20533 Biscayne Boulevard, #1243,
Avenura, FL  33180
Phone: 305-773-4875
Fax: 305-359-5196
Email: Ron@RJRfirm.com

  /s/ Roniel Rodriguez, IV
RONIEL RODRIGUEZ IV
Fla. Bar No.: 544787


and

JAMES B. MILLER, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
Email: jbm@title11law.com

BY:_____/s/_____
       JAMES B. MILLER
       Fla. Bar No. 0009164