UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*Miami Division*

| | |
|---|---|
| IN RE:<br><br>WALTER A. LISTA a/k/a WALTER LISTA,<br><br>Debtor. | Case No. 13-22662-AJC<br><br>Chapter 7 |

### EMERGENCY MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY, TO ALLOW COMPLETION OF SHORT SALE

> **REASON FOR THE EXIGENCY:**
>
> This Motion is brought on an emergency basis. The Debtor and his wife have obtained permission from the mortgagee of the property, Flagstar Bank, to complete a short sale of the property, from which neither the Debtor nor the Estate would receive any proceeds. The original deadline to close the short sale was extended by the bank through Monday, July 8, 2013. Thus, the Debtor seeks relief by July 8, 2013 in order to allow the closing to be completed in a timely fashion.

The Debtor, WALTER A. LISTA, joined by ROVISA INVESTMENT, INC., a Florida corporation, as assignee of MANUEL RODRIGUEZ and KATIA VILAIN DE RODRIGUEZ, respectfully move this Court on an emergency basis to compel the abandonment by the Trustee, and relinquishment by the Bankruptcy Estate of its interest in the title to a certain one family residence located at 5784 S.W. 97th Street, Pinecrest, FL, 33146.

1. This case commenced with the filing of a Voluntary Petition for Chapter 7 Bankruptcy by the debtor on May 30, 2013.

2. At the time the Petition was filed, the Debtor had already negotiated a short sale of the subject property. In fact, the Debtor and his wife had executed a Warranty Deed in respect of the proposed short sale, which was recorded on May 24,

2013, in advance of the closing, which has not yet taken place. A copy of the Warranty Deed, as recorded, is attached as Exhibit "A."

3. Attached as Exhibit "B" is a June 18, 2013 letter from Flagstar Bank approving the short sale and setting out terms, which are different from those in the original contract, providing for a higher price. The contract is attached as Exhibit C.

4. The sale was negotiated at arms' length through ICON REALTY, licensed real estate brokers.

5. The legal description of the property is:

> The north one half of the southwest quarter of the northeast quarter of the northeast quarter of the southeast quarter in Section 2, Township 55 south, Range 40 east, less the east 66 feet thereof, subject to a 40 foot easement, the center line of said easement being the south line of the north half of the northeast quarter of the northeast quarter of the southeast quarter of Section 2, and subject to the right of way deed to Miami Dade County Florida of the west 25 feet thereof.

6. The filing of this bankruptcy prevented the transaction from closing.

7. CESAR SORDO, Esquire, counsel for the Debtor and his wife, as sellers, advises that the bank has extended the deadline to close the short sale transaction to Monday, July 8, 2013. A copy of the proposed closing statement, which clearly indicates that no proceeds will be recovered by the sellers, as attached is Exhibit "D."

8. At all relevant times, the property was owned by the Debtor and his wife (who has not filed for bankruptcy) in tenancy by the entireties. The property was purchased in November, 2003 for $1,150,000.00, according to the Dade County tax assessor's website. The current assessed value is shown as $1,102,138.00.

9. FLAGSTAR BANK had commenced a foreclosure case against the Debtors on May 20, 2011 under Case No. 11-15775-CA-08.

10. The Debtor respectfully submits that the estate has no equity in its interest in the subject property; nor should it be burdened by the ongoing ownership of that which cannot create any benefit for the creditors of the Estate (other than FLAGSTAR BANK, which is entitled to the benefit of its collateral).

. WHEREFORE, the Debtor respectfully prays for an Order directing that the subject real property be abandoned by the Trustee and the Estate, in order to permit the Debtor and his wife to complete the proposed "short sale," and for such other relief as may be just and appropriate under the circumstances. All of which is respectfully submitted. A proposed form of Order is attached as Exhibit "E."

Respectfully submitted,

/s/ Ronald G. Neiwirth
RONALD G. NEIWIRTH
Florida Bar No. 152175
BOYD & JENERETTE
One Brickell Square
801 Brickell Avenue, Suite 1440 Miami, FL 33131
Telephone: (305) 537-9111
Facsimile: (305) 537-9130
rneiwirth@boyd-jenerette.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served this 3rd day of July 2013, upon all counsel of record or pro se parties identified on the enclosed Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald G. Neiwirth
Ronald G. Neiwirth

## DATED MATRIX

Melinda S. Thornton
Assistant County Attorney
Mst4@miamidade.gov
Cao.bkc@miamidade.gov

Office of the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

Barry E. Mukamal, Trustee
bankruptcy@marcumllp.com

Cesar Sordo, Esq.
csordo@sordolaw.com

Mark Hasner, Esq.
mhasner@therrelbaisden.com

Apollo Bank
1150 South Miami Avenue
Miami, FL 3330

Eduardo Fernandez
c/o Aurelio durana, Esq.
Aurelio@DuranaLaw.com

Benjamin R. Alvarez, Esq.
2100 Ponce de Leon Blvd., Suite 750
Coral Gables, FL 33134

Carlos J. Martell
5941 S.W. 83rd Street
Miami, FL 33143

County Line Materials
205 North Street
Marathon, WI 54448

CT Corporation System
100 Biscayne Boulevard
Miami, FL 33132

CSK Educational Funding, LLC
c/o James Miller, Esq.
19 West Flagler Street, #416
Miami,FL 33130

Diana Q. Lista
6784 S.W. 97th Street
Miami, FL

Eagle National Bank of Miami, N.A.
2100 Ponce de Leon Blvd., Suite 750
Coral Gables, FL 33134

Eduardo Fernandez
4100 S.W. 57 Avenue
Miami, FL 33155

Eureka Properties
10437 Laurel Road
Davie, FL 33328

Charles Lieber
11209 14th Avenue
College Point, FL 11352

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Hancor, LLC
c/o CT Corporation System
1200 S. Pine Island Road
Fort Lauderdale, FL 33324

Isabel Edwards
7566 S.W. 104 Pl
Miami, FL 33173

Jose L. Zarraluqui
1407 Genoa Street
Coral Gables, FL 33134

Kelly Tractor
8255 N.W. 58th Street
Miami, FL 33166

Marta V. Lista
12961 Deva Street
Coral Gables, FL 33156

Precast Depot, Inc.
11002 N.W. South River Drive
Miami, FL 33178

Precast Depot, Inc.
c/o AC Law Registered Agents, Inc.
9100 S. Dadeland Blvd., # 1000
Miami, FL 33156

Rachel A. Camber, Esq.
9130 S. Dadeland Blvd. Suite 1800
Miami, FL 33156-7858

Roniel Rodriguez IV, P.A.
20533 Biscayne Blvd.
Suite 1243
Aventura, FL 33180

Seacoast National Bank
Rene Starobin Iosco, Esq.
2400 S.E. Federal Highway 4th Floor
Stuart, FL 34994

Silvio Morales
9401 S.W. 148 Street
Miami, FL 33176

Thomas Curtis
1211 Meadowlark Lane
Miami Springs, FL 33166

U.S. Bank
POB 790179
St. Louis, MO

Walter L. Lista
12961 Deva Street
Coral Gables, FL 33156

Wells Fargo Corp.
c/o Primary Financial Services
3115 North 3rd Avenue
Suite 112
Phoenix, AZ 85013

Wells Fargo Bank, N.A., successor by
Merger to Wachovia Bank, N.A.
c/o Niall T. McLachland, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, # 4200
Miami, FL 33131

U.S. Bank National Association
As Trustee for ABFC 2006-HEI Trust
c/o David J. Kim, Esq.
500 South Australian Ave., # 730
West Palm Beach, Fl 33401