UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*Miami Division*

IN RE:

WALTER A. LISTA a/k/a WALTER LISTA,

Debtor.

Case No. 13-22662-AJC

Chapter 7

## NOTICE OF FILING DEBTOR'S AMENDED SUMMARY OF SCHEDULES, SCHEDULES C, F, I, STATEMENT OF FINANCIAL AFFAIRS STATEMENT OF INTENTION AND DISCLOSURE OF COMPENSATION

WALTER A. LISTA, the Debtor herein, by and through undersigned counsel, hereby gives notices of filing with this Honorable Court the following amended Schedules:

| | |
|---|---|
| Summary of Schedules | |
| Schedule C | correcting exemption |
| Schedule F | correcting narrative |
| Schedule I | to include name of Debtor's wife |
| Statement of Financial Affairs | correcting paragraphs 9, 14, 18, 19 |
| Statement of Intention | correction |
| Declaration of Compensation For Attorney for Debtor | correction |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rules 2090-1(A).

Respectfully submitted,
/S/ Ronald G. Neiwirth
RONALD G. NEIWIRTH
Florida Bar No. 152175
BOYD & JENERETTE
One Brickell Square
801 Brickell Avenue, Suite 1440 Miami, FL 33131
Telephone:    (305) 537-9111
Facsimile:    (305) 537-9130
rneiwirth@boyd-jenerette.com

00945010

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served this 9th day of July 2013, upon all counsel of record or pro se parties identified on the enclosed Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald G. Neiwirth
Ronald G. Neiwirth

00945010

MATRIX

Melinda S. Thornton
Assistant County Attorney
2810 Stephen P. Clark Center
111 N.W. first Street
Miami, FL 33128-1993
Mst4@miamidade.gov
Cao.bkc@miamidade.gov

Office of the U.S. Trustee
51 S.W. First Avenue
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Barry E. Mukamal, Trustee
1 S.E. 3rd Avenue
Box 158, 10th Floor
Miami, FL 33131
bankruptcy@marcumllp.com

Apollo Bank
1150 South Miami Avenue
Miami, FL 3330

Eduardo Fernandez
c/o Aurelio durana, Esq.
717 Ponce de Leon Blvd., # 227
Coral Gables, FL 33134
Aurelio@DuranaLaw.com

Benjamin R. Alvarez, Esq.
2100 Ponce de Leon Blvd., Suite 750
Coral Gables, FL 33134

Carlos J. Martell
5941 S.W. 83rd Street
Miami, FL 33143

County Line Materials
205 North Street
Marathon, WI 54448

CT Corporation System
100 Biscayne Boulevard
Miami, FL 33132

00945010

CSK Educational Funding, LLC
c/o James Miller, Esq.
19 West Flagler Street
#416
Miami, FL 33130

Diana Q. Lista
6784 S.W. 97th Street
Miami, FL

Eagle National Bank of Miami, N.A.
2100 Ponce de Leon Blvd.
Suite 750
Coral Gables, FL 33134

Eduardo Fernandez
4100 S.W. 57 Avenue
Miami, FL 33155

Eureka Properties
10437 Laurel Road
Davie, FL 33328

Charles Lieber
11209 14th Avenue
College Point, FL 11352

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Hancor, LLC
c/o CT Corporation System
1200 S. Pine Island Road
Fort Lauderdale, FL 33324

Isabel Edwards
7566 S.W. 104 Pl
Miami, FL 33173

Jose L. Zarraluqui
1407 Genoa Street
Coral Gables, FL 33134

Kelly Tractor
8255 N.W. 58th Street
Miami, FL 33166

Marta V. Lista
12961 Deva Street
Coral Gables, FL 33156

00945010

Precast Depot, Inc.
11002 N.W. South River Drive
Miami, FL 33178

Precast Depot, Inc.
c/o AC Law Registered Agents, Inc.
9100 S. Dadeland Blvd., # 1000
Miami, FL 33156

Rachel A. Camber, Esq.
9130 S. Dadeland Blvd. Suite 1800
Miami, FL 33156-7858

Roniel Rodriguez IV, P.A.
20533 Biscayne Blvd.
Suite 1243
Aventura, FL 33180

Seacoast National Bank
Rene Starobin Iosco, Esq.
2400 S.E. Federal Highway 4th Floor
Stuart, FL 34994

Silvio Morales
9401 S.W. 148 Street
Miami, FL 33176

Thomas Curtis
1211 Meadowlark Lane
Miami Springs, FL 33166

U.S. Bank
POB 790179
St. Louis, MO

Walter L. Lista
12961 Deva Street
Coral Gables, FL 33156

Wells Fargo Corp.
c/o Primary Financial Services
3115 North 3rd Avenue
Suite 112
Phoenix, AZ 85013

00945010

Wells Fargo Bank, N.A., successor by
Merger to Wachovia Bank, N.A.
c/o Niall T. McLachland, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, # 4200
Miami, FL 33131

U.S. Bank National Association
As Trustee for ABFC 2006-HEI Trust
c/o David J. Kim, Esq.
500 South Australian Ave., # 730
West Palm Beach, Fl 33401

00945010