UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*Miami Division*

| | |
|---|---|
| IN RE: | Case No. 13-22662-AJC |
| WALTER A. LISTA a/k/a WALTER LISTA, | Chapter 7 |
| Debtor. | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF EMERGENCY MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY, TO ALLOW COMPLETION OF SHORT SALE (ECF #34)**

The Debtor, WALTER A. LISTA, by and through undersigned counsel, respectfully gives notice to this Court of withdrawing document ECF #34 without prejudice.

Respectfully submitted,

/s/ Ronald G. Neiwirth
RONALD G. NEIWIRTH
Florida Bar No. 152175
BOYD & JENERETTE
One Brickell Square
801 Brickell Avenue, Suite 1440 Miami, FL 33131
Telephone:        (305) 537-9111
Facsimile:         (305) 537-9130
rneiwirth@boyd-jenerette.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served this 11th day of July 2013, upon all counsel of record or pro se parties identified on the enclosed Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald G. Neiwirth
Ronald G. Neiwirth

00946847            1 | P a g e

Case No. 13-22662-AJC

# **DATED MATRIX**

Melinda S. Thornton
Assistant County Attorney
Mst4@miamidade.gov
Cao.bkc@miamidade.gov

Office of the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

Barry E. Mukamal, Trustee
bankruptcy@marcumllp.com

Drew Dillworth, Esq.
ddillworth@sternsweaver.com

Cesar Sordo, Esq.
csordo@sordolaw.com

Mark Hasner, Esq.
mhasner@therrelbaisden.com

Eduardo Fernandez
c/o Aurelio durana, Esq.
Aurelio@DuranaLaw.com