## THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| IN RE: | |
| WALTER A. LISTA | CASE NO.  13-22662-AJC |
|  | CHAPTER    7 |
|        Debtor. | |

## FIRST OMNIBUS NOTICE OF 2004 EXAMINATIONS

**NOTICE IS HEREBY GIVEN**, that CSK EDUCATIONAL FUNDING, LLC as a Creditor of the Debtor, by and through its undersigned attorney, will be conducting examinations of:

| NAME | DATE & TIME |
|---|---|
| Marta Lista<br>12961 Deva Street<br>Coral Gables, FL 33156 | August 13, 2013 at 10:00 A.M. |
| Walter L. Lista<br>12961 Deva Street<br>Coral Gables, FL 33156 | August 13, 2013 at 2:00 P.M. |
| Diana Q. Lista<br>13001 Zambrana Street<br>Coral Gables, FL 33156 | August 14, 2013 at 10:00 A.M. |
| Corporate representative of<br>Plaza 7601, LLC<br>5941 SW 83 ST<br>MIAMI, FL 33143 | August 14, 2013 at 2:00 P.M. |
| Corporate representative of<br>JW Truck and Equipment Leasing, LLC<br>11002 NW SOUTH RIVER DRIVE<br>MEDLEY, FL 33178 | August 15, 2013 at 10:00 A.M. |
| Corporate representative of<br>Medley Properties, LLC<br>11002 NW SOUTH RIVER DRIVE<br>MEDLEY, FL 33178 | August 15, 2013 at 2:00 P.M. |

| | |
|---|---|
| Jaime Parlade<br>325 Almeria Avenue<br>Coral Gables, FL 33134 | August 16, 2013 at 10:00 A.M. |
| Frank C. Quesda<br>1313 Ponce De Leon Blvd Ste 200<br>Coral Gables, Florida 33134 | August 16, 2013 at 2:00 P.M. |
| Thomas Curtis<br>1211 Meadowlark Lane<br>Miami Springs, FL 33166 | August 19, 2013 at 10:00 A.M. |
| Jose Zarraluqui<br>1407 Genoa Street<br>Coral Gables, FL 33134 | August 19, 2013 at 2:00 P.M. |
| Cesar Sordo<br>3006 Aviation Ave, Ste 2A<br>Coconut Grove, Florida 33133 | August 20, 2013 at 10:00 A.M. |
| Manuel J. Rodriguez<br>Rovisa Investments, Inc.,<br>6784 SW 97TH STREET<br>MIAMI, FL 33156 | August 20, 2013 at 2:00 P.M. |
| Corporate Representative of<br>Precast Manufacturing<br>11002 NW SOUTH RIVER DR.<br>MEDLEY, FL 33178 | August 21, 2013 at 10:00 A.M. |

at the offices of the attorney for said creditor, **Roniel Rodriguez, IV, P.A., Museum Tower, 150 West Flagler Street, Suite 1525 Miami, Florida 33130.** This examination may continue from day to day until completed. If the examinee receives this Notice less than seven (7) days prior to the scheduled examination (or less than 10 days if the examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time. The examination is pursuant to FRBP 2004 and Local Rule 204, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FBRP 2004. Pursuant to Local Rule 204, no order shall be necessary.

      **I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the

foregoing was furnished by United States mail to all parties on the attached Service List and electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties and counsel identified on the CM/ECF service list maintained by the Court in this case on July 18, 2013.

        Respectfully submitted,

        RONIEL RODRIGUEZ IV, P.A.
        20533 Biscayne Blvd.
        1243
        Aventura, Florida 33180
        305-773-4875 Dade/Direct
        954-769-0919 Broward
        305-600-1254 Monroe
        305-359-5196 Monroe Facsimile
        561-491-6581 Palm Beach Facsimile

        By:_____
          Roniel Rodriguez IV
          Florida Bar No.: 544787
          E-mail:    Ron@RJRfirm.com
          Primary:   Service@RJRfirm.com
          Secondary: Pleadings@RJRfirm.com

and

**JAMES B. MILLER, P.A.**
Co-Counsel for Creditor
Stuart R. Kalb, Trustee
19 West Flagler Street, Suite 416
Miami, FL 33130
(305) 374-0200
(305) 374-0250 Fax
  /s/ James B. Miller
**JAMES B. MILLER**
Florida Bar No. 9164