B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Walter A Lista**
_____
                                    Debtor

Case No. ____**13-22662**____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,499,638.00 | | |
| B - Personal Property | Yes | 7 | 15,410.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 8,317,030.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 2,216,466.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,625.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,172.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 2,515,048.00 | | |
| Total Liabilities | | | | 10,533,497.04 | |

B6A (Official Form 6A) (12/07)

In re    **Walter A Lista**                                          Case No.    **13-22662**
_____
                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13001 Zambrana Street**<br>**Coral Gables, FL  33156** | **Tenants by the Entireties** | J | 1,344,717.00 | 2,768,000.00 |
| **6784 S.W. 97th Street**<br>**Miami, FL  33156** | **Tenants by the Entireties** | J | 1,154,921.00 | 1,375,000.00 |
| **single family house - the property is encumbered in excess of current value; several months ago Debtor tried to mitigate the damages of all concerned by seeking a short sale for the property.  The lender agreed; a deed was executed in early May 2013 and left with closing attorney, Cesar Sordo, who apparently recorded it prior to closing.  Transaction has not closed, amount of debt is estimated.** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,499,638.00** | (Total of this page) |
| Total > | **2,499,638.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Walter A Lista**
_____
                        Debtor

Case No.   **13-22662**
_____

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | J | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **U.S. Century Bank, Account No. XX309 garnished by Roniel Rodriguez - on $97,000 judgment. The account is held in Tenants by the Entireties. the garnishment was reversed and then it was regarnished one week later.** | J | 1,300.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Couch, dining room, bedroom set, sofa and chair (bought when I got married in 2000). The furniture mostly from IKEA. Five year old 32" tv (original cost $200), over 10 years old tv estimated value $100. Please note that the Metro-Dade Police levied upon personal property at the home in early May 2013 and took possession of a considerable portion of the contents, as well as property belonging to third parties. All of this is documented in the Metro-Dade Police's inventory taken at the time of levy.** | J | 1,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Much personal property in the house was levied upon 4/30/2013 per Court Order Granting Plaintiff, Roniel Rodriguez, IV, P.A.'s Motion for Order of Entry and Inventory. Items seized belonged to Jaime Parlade and Eugenio Retara (about $4,500) - The sheriff valued all the property seized (including items in paragraph #8 here) at $9,000. Pictures primarily of family.** | - | 8,000.00 |
| 6. | Wearing apparel. | | **Personal clothing of no personal or commercial resale value but to Debtors** | - | 0.00 |
| 7. | Furs and jewelry. | | **Invicta Costco watch received as a birthday gift March 2012, watch broke. Costco sells watch new for $69, current value zero.** | - | 0.00 |

Sub-Total >         10,400.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Walter A Lista**
_____,    Case No. ___**13-22662**_____
                                                                             Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Scuba gear levied 4/30/2013 per Court Order Granting Plaintiff, Roniel Rodriguez, IV, P.A.'s Motion for Order of Entry and Inventory. Items siezed were valued by the Sheriff at $9,000, except items seized do not belong to Debtor. Debtor own a scuba gear and personal clothing.** | - | Unknown |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Plaza 7601, Inc., Davie, Florida - Debtor owns 19%. Entity owns real estate.** | H | 0.00 |
| | | **Medley Properties, LLC, inactive corporation. Entity dissolved in 2010, it owns industrial property in Medley, Florida, encumbered in excess of its present value. Debtor owns 33%** | - | 0.00 |
| | | **Walters & Williams, Inc. This entity was dissolved in 2010 following the sale of its only property.** | - | 0.00 |
| | | **JW Truck & Equipment, Inc. Entity was closed in 2009; was reopened to negotiate tax issue with IRS and then reclosed. The entity may still possess title to an old trailer.** | - | 0.00 |
| | | **ZLES Management Group, Inc. Dissolved in 2010, never owned any assets.** | - | 0.00 |
| | | **Serit Tires Wholesale, Ltd Co. Debtor became an officer in 2003 because he had loaned some money to the company. Was paid off and no longer an officer since 2008.** | - | 0.00 |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Walter A Lista**                                                                  Case No.   **13-22662**
,
                                               Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | Precast Depot, Inc., 50% with Jose Sarraluqui - subsequently dissolved 8/2012 | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Possible tax refund for 2012 (taxes not prepared yet) | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Fraud, various other matters versus Benjamin Alvarez, Esq., and Ronell Rodriguez. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Walter A Lista**                                                                                    ,    Case No. _____**13-22662**_____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Ford F-250, 2003 - Carmax value - levied upon by the Miami-Dade Police on 5/1/2013** | H | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Costco pic-nik table for home office new (Sheriff took computer).** | - | 10.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | 5,010.00 |
| Total > | 15,410.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Walter A Lista**
_____,     Case No. ___**13-22662**_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| U.S. Century Bank, Account No. XX309 garnished by Roniel Rodriguez - on $97,000 judgment. The account is held in Tenants by the Entireties. the garnishment was reversed and then it was regarnished one week later. | Fla. Const. art. X, § 4(a)(2) Tenancy by the Entireties | 1,300.00 | 1,300.00 |
| **Household Goods and Furnishings** | | | |
| Couch, dining room, bedroom set, sofa and chair (bought when I got married in 2000). The furniture mostly from IKEA. Five year old 32" tv (original cost $200), over 10 years old tv estimated value $100. Please note that the Metro-Dade Police levied upon personal property at the home in early May 2013 and took possession of a considerable portion of the contents, as well as property belonging to third parties. All of this is documented in the Metro-Dade Police's inventory taken at the time of levy. | Fla. Const. art. X, § 4(a)(2) Tenants by the Entireties | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Ford F-250, 2003 - Carmax value - levied upon by the Miami-Dade Police on 5/1/2013 | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 5,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Costco pic-nik table for home office new (Sheriff took computer). | Fla. Const. art. X, § 4(a)(2) | 0.00 | 10.00 |

Total:     3,400.00     7,410.00

___**0**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Walter A Lista**                                                Case No. _____**13-22662**_____

                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Prejudgment attachment lien | | | | | |
| Apollo Bank 1150 South Miami Avenue Miami, FL | X | H | | | Debtor's 1/3 membership interest in Medley Properties, LLC (whose property is encumbered in excess of its current value) | | | | | |
| | | | | | Value $                    0.00 | | | | 4,174,030.80 | 4,174,030.80 |
| Account No. | | | | | Debtor and wife bought the collateral subject to Mtge; did not assume it | | | | | |
| Eagle National Bank of Miami, N.A. 2100 Ponce de Leon Blvd. Suite 750 Coral Gables, FL 33134 | | | J | | Third Mortgage 13001 Zambrana Street Coral Gables, FL  33156 | | | | | |
| | | | | | Value $            1,344,717.00 | | | | 600,000.00 | 600,000.00 |
| Account No. **account current** | | | | | Debtor and wife bought property subject to mtge; did not assume it | | | | | |
| Eduardo Fernandez 4100 S.W. 57 Avenue Miami, FL 33155 | | | J | | Second Mortgage 13001 Zambrana Street Coral Gables, FL  33156 | | | | | |
| | | | | | Value $            1,344,717.00 | | | | 175,000.00 | 175,000.00 |
| Account No. **xxxxx9568** | | | | | First Mortgage in excess of property value; short sale attempted) 6784 S.W. 97th Street Miami, FL  33156 | | | | | |
| Flagstar Bank 5151 Corporate Drive Troy, MI 48098-2639 | | | J | | single family house - the property is encumbered in excess of current value; several months ago Debtor tried to mitigate the damages of all concerned | | | | | |
| | | | | | Value $            1,154,921.00 | | | | 1,375,000.00 | 220,079.00 |
| **1**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 6,324,030.80 | 5,169,109.80 |

B6D (Official Form 6D) (12/07) - Cont.

In re    __Walter A Lista_____,    Case No. ____13-22662_____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | Debtor and wife bought property subject to mtge; did not assume it | | | | | |
| U.S. Bank National Association As Trustee for ABFC 2006-HEI Trust c/o David J. Kim, Esq. 500 South Australian Ave., # 730 West Palm Beach, FL 33401 | | H | | First Mortgage 13001 Zambrana Street Coral Gables, FL 33156 | | | | | |
| | | | | Value $            1,344,717.00 | | | | 1,993,000.00 | 648,283.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __1__ of __1__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,993,000.00 | 648,283.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 8,317,030.80 | 5,817,392.80 |

B6F (Official Form 6F) (12/07)

In re    __Walter A Lista_____,          Case No. ____13-22662_____
                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Apollo Bank** 1150 South Miami Avenue Miami, FL 33130 | X | - | Personal guarantee of mortgage loan on property of Plaza 7601, LLC | | | | 1,100,000.00 |
| Account No. **County Line Materials** 205 North Street Marathon, WI 54448 | | - | Judgment filed in Case No. 12-cv-1280, Case code # 30303, State of Wisconsin, Marathon County | | | | 39,010.00 |
| Account No. **CSK Educational Funding, LLC** c/o James Miller, Esq. 19 West Flagler Street Suite 416 Miami, FL 33130 | | - | Assignee of judgment in case no. 11-22457 CA 21 from Roniel Rodriguez IV, P.A - NOTICE ONLY - Debt already listed | | | X | 0.00 |
| Account No. **Eureka Properties** 10437 Laurel road Davie, FL 33328 | | - | Suit for attorney's fees against Precast Depot listed as precaution | | | X | 8,000.00 |
| **2**  continuation sheets attached | | | | | Subtotal (Total of this page) | | 1,147,010.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter A Lista**                                      , Case No. ___**13-22662**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Hancor, LLC <br> c/o CT Corporation System <br> 1200 S. Pine Island Road <br> Fort Lauderdale, FL 33324 | X | - | C <br> Corporate debt of Precast Depot, included as precaution only. No personal liability. | | | X | 150,000.00 |
| Account No. <br><br> Kelly Tractor <br> 8255 N.W. 58th Street <br> Miami, FL 33166 | X | - | Co-signer for a personal guarantee of Jose Zarraluqui, case filed in the Circuit Court, Miami, Dade, Case No. 11-7786-CC26 | | | | 9,000.00 |
| Account No. <br><br> Marta V. Lista <br> 12961 Deva Street <br> Coral Gables, FL 33156 | | - | Loan to pay part of 2nd mortgage settlement with Eduardo Fernandez 7/2011 and other items | | | | 105,000.00 |
| Account No. <br><br> Roniel Rodriguez IV, P.A. <br> 20533 Biscayne Blvd. <br> Suite 1243 <br> Aventura, FL 33180 | X | - | April 30, 2013 <br> Final Judgment entered 3/29/2012. Judgment has been assigned. Justment still apparently contested for fraud. | | | X | 97,478.27 |
| Account No. <br><br> Seacoast National Bank <br> c/o Rene Starobin Iosco. Esq. <br> 2400 S.E. Federal Highway <br> 4th Floor <br> Stuart, FL 34994 | X | - | 3/1/2013 <br> Ships' mortgage - case in the US District Court, Florida, Case No. 12-24001-CV-Lenard - potential deficiency claim following foreclosure sale of vessel | | | | 477,207.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 838,685.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter A Lista**                                                                    ,        Case No. ___**13-22662**___
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thomas Curtis** <br> **1211 Meadowlark Lane** <br> **Miami Springs, FL 33166** | X | H | Medley Properties, 11002 N.W. South River Drive, Medley, Florida 33178 **Investment property - mostly vacant 10 acres owned by 3 individuals -Debtor's share 33% of the corporation** | | | | 150,000.00 |
| Account No. <br><br> **Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A.** <br> **Niall T. McLachlan, Esq.** <br> **100 S.E. Second Street, # 4200** <br> **Miami, FL 33131** | | - | **4/12/2002** **Unconditional Guaranty (Second Guaranty) of payment re Precast Depot's indebtedness to creditor under a Note.** | | | X | 50,770.97 |
| Account No. #2520 <br><br> **Wells Fargo Corp.** <br> **c/o Primary Financial Services** <br> **3115 North 3rd Avenue** <br> **Suite 112** <br> **Phoenix, AZ 85013** | X | - | | | | | 2,000.00 |
| Account No. #3380 <br><br> **Wells Fargo Corp.** <br> **c/o Primary Financial Services** <br> **3115 North 3rd Avenue** <br> **Suite 112** <br> **Phoenix, AZ 85013** | X | - | | | | | 2,000.00 |
| Account No. #3647 <br><br> **Wells Fargo Corp.** <br> **c/o Primary Financial Services** <br> **3115 North 3rd Avenue** <br> **Suite 112** <br> **Phoenix, AZ 85013** | X | - | | | | | 26,000.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 230,770.97 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,216,466.24 |

B6H (Official Form 6H) (12/07)

In re   **Walter A Lista**                                                    Case No.    **13-22662**
                                                                          _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Carlos J. Martell<br>5941 S.W. 83rd Street<br>Miami, FL 33143<br>   Own 19% of the corporation | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL 33130 |
| Diana Q. Lista | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 |
| Isabel Edwards<br>7566 S.W. 104 Pl<br>Miami, FL 33173<br>   Owns 19% of the corporation | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL 33130 |
| Jose L. Zarraluqui<br>1407 Genoa Street<br>Coral Gables, FL 33134<br>   Owns 19% of the corporation | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL 33130 |
| Jose Zarraluqui<br>   owns 33% of the corporation, Medley Properties | Thomas Curtis<br>1211 Meadowlark Lane<br>Miami Springs, FL 33166 |
| Jose Zarraluqui<br>   Owns 33% of the corporation | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL |
| Jose Zarraluqui<br>   Owns 33% of the corporation | Hancor, LLC<br>c/o CT Corporation System<br>1200 S. Pine Island Road<br>Fort Lauderdale, FL 33324 |
| Jose Zarraluqui<br>1407 Genoa Street<br>Coral Gables, FL 33134 | Wells Fargo Corp.<br>c/o Primary Financial Services<br>3115 North 3rd Avenue<br>Suite 112<br>Phoenix, AZ 85013 |
| Jose Zarraluqui | Wells Fargo Corp.<br>c/o Primary Financial Services<br>3115 North 3rd Avenue<br>Suite 112<br>Phoenix, AZ 85013 |

**2**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Walter A Lista**                              Case No.    **13-22662**

                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jose Zarraluqui | Wells Fargo Corp.<br>c/o Primary Financial Services<br>3115 North 3rd Avenue<br>Suite 112<br>Phoenix, AZ 85013 |
| Jose Zarraluqui | Kelly Tractor<br>8255 N.W. 58th Street<br>Miami, FL 33166 |
| Marta V. Lista | Roniel Rodriguez IV, P.A.<br>20533 Biscayne Blvd.<br>Suite 1243<br>Aventura, FL 33180 |
| Martha Lista<br>12961 Deva Street<br>Coral Gables, FL 33156 | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL |
| Medley Properties, LLC | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL |
| Precast Depot, Inc.<br>11002 N.W. South River Drive<br>Miami, FL 33178<br>   Defendant in the case | Kelly Tractor<br>8255 N.W. 58th Street<br>Miami, FL 33166 |
| Precast Depot, Inc.<br>c/o AC Law Registered Agents, Inc.<br>9100 S. Dadeland Blvd.<br>Suite 1000<br>Miami, FL 33156<br>   Registered agent for the corporation - currently<br>inactive since 9/2012 | Kelly Tractor<br>8255 N.W. 58th Street<br>Miami, FL 33166 |
| Precast Depot, Inc. | Roniel Rodriguez IV, P.A.<br>20533 Biscayne Blvd.<br>Suite 1243<br>Aventura, FL 33180 |
| Silvio Morales<br>9401 S.W. 148 Street<br>Miami, FL 33176<br>   Owns 5% of the corporation | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL 33130 |
| Walter L. Lista<br>12961 Deva Street<br>Coral Gables, FL 33156 | Seacoast National Bank<br>c/o Rene Starobin Iosco. Esq.<br>2400 S.E. Federal Highway<br>4th Floor<br>Stuart, FL 34994 |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Codebtors

In re    Walter A Lista                                                                  Case No.    13-22662
                                                    ,
                            Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Walter L. Lista | Roniel Rodriguez IV, P.A.<br>20533 Biscayne Blvd.<br>Suite 1243<br>Aventura, FL 33180 |
| Walter L. Lista<br>12961 Deva Street<br>Coral Gables, FL 33156<br>    Owns 19% of the corporation | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL 33130 |
| Walter L. Lista<br>    Owns 33% of the corporation, Medley Properties | Thomas Curtis<br>1211 Meadowlark Lane<br>Miami Springs, FL 33166 |
| Walter L. Lista<br>    Owns 33% of the corporation | Apollo Bank<br>1150 South Miami Avenue<br>Miami, FL |
| Walter L. Lista<br>    Owns 33% of the corporation | Hancor, LLC<br>c/o CT Corporation System<br>1200 S. Pine Island Road<br>Fort Lauderdale, FL 33324 |

Sheet   2   of   2   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Walter A Lista** _____  Case No. __**13-22662**__
  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>  Lucia, daughter<br>  Paola, daughter<br>  Isabella, daughter | AGE(S):<br>4<br>7<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Estimator** | **Office Manager** |
| Name of Employer | **Precast Manufacturing** | **Precast Depot** |
| How long employed | **2 years** | **2 years** |
| Address of Employer | **11100 N.W. South River Dr.**<br>**Miami, FL** | **11100 N.W. South River Dr.**<br>**Miami, FL** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 1,350.00 | $ | 1,750.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 1,350.00 | $ | 1,750.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | 200.00 | $ | 275.00 |
|   b. Insurance | $ | 0.00 | $ | 0.00 |
|   c. Union dues | $ | 0.00 | $ | 0.00 |
|   d. Other (Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 200.00 | $ | 275.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,150.00 | $ | 1,475.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,150.00 | $ | 1,475.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 2,625.00 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Income decreased.  Has not received a salary for about one month and expect business to wind down.**

B6J (Official Form 6J) (12/07)

In re **Walter A Lista**                 Case No.    **13-22662**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|     a. Are real estate taxes included?     Yes ___    No _X_ | | |
|     b. Is property insurance included?     Yes ___    No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 185.00 |
|            b. Water and sewer | | $ 60.00 |
|            c. Telephone | | $ 0.00 |
|            d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 800.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 300.00 |
| 8. Transportation (not including car payments) | | $ 30.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 30.00 |
| 10. Charitable contributions | | $ 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | | $ 0.00 |
|          b. Life | | $ 0.00 |
|          c. Health | | $ 0.00 |
|          d. Auto | | $ 0.00 |
|          e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|          (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | | $ 0.00 |
|          b. Other _____ | | $ 0.00 |
|          c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other    **See Detailed Expense Attachment** _____ | | $ 1,492.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ **3,172.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | | $ 2,625.00 |
| b.    Average monthly expenses from Line 18 above | | $ 3,172.00 |
| c.    Monthly net income (a. minus b.) | | $ -547.00 |

B6J (Official Form 6J) (12/07)

In re  __Walter A Lista_____        Case No.  __13-22662__
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Catholic school for children | $ | 1,250.00 |
| Gardener, exterminator, pool maintenance | $ | 100.00 |
| AT&T cable tv | $ | 77.00 |
| Trash collection (Coral Gables) | $ | 65.00 |
| **Total Other Expenditures** | $ | 1,492.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    __Walter A Lista__                                  Case No.    __13-22662__

                                Debtor(s)                      Chapter    __7__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __24__   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _____          Signature    __/s/ Walter A Lista__

                                                    **Walter A Lista**

                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    __Walter A Lista__                      Case No.   __13-22662__

                              Debtor(s)                   Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,900.00** | **2012 from employment** |
| **$8,059.64** | **2013 from employment (according to paystub)** |
| **$-30,689.00** | **2011 -1040 Income tax - adjusted gross income (joint)** |

B7 (Official Form 7) (04/13)

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$60,000.00** | **Prior rental income from 6784 S.W. 97th Street, Miami, Florida. House was intended to be a short sale and tenants have stopped payment when they were served by Flagship Bank and became aware of Ben Alvarez lawsuit preventing the short sale.** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **United States District Court, In Admiralty - Case No. 12-CV-24001-JAL, Seacost national Bnak v. M/V satisfaction, Official No. 501036 her engines, tackle, furniture, apparel, equipment, parts, accessories and appurtenances, in rem, WALTER A. LISTA, individually and WALTER L. LISTA, individually** | **Recovery of vessel** | **United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, FL** | **Default Final Judgment, Marshal sale concluded 4/1/2013, Judgment was $477,207.57, together with attorneys' fees of $18,660. Potential deficiency claim amount unknown.** |
| **Flagstar Bank, FSB vs. Walter A. Lista, Diana Q. Lista, United States of America; Circuit Court Case No. 11-15775 CA 08,** | **Foreclosure** | **Miami Dade County Courthouse, 73 West Flagler Street, Miami, FL** | **Lis Pendens recorded 5/24/22011 on property located at 6784 S.W. 97th St., Miami, FL. Foreclosure pending.** |

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Roniel Rodriguez IV, P.A. vs. Precast Depot, Inc., and Walter A. Lista, an individual and Walter L. Lista and Marta V. Lista, Circuit Court Case No. 11-22457 CA 21, | Suit for alleged legal fees | Miami-Dade County Courthouse, 73 West Flagler Street, Florida | Final Judgment as to Walter A. Lista Only entered March 29, 2012 and Order Granting Plaintiff's Post Judgement Ex Parte Motion for Order of Entry and Inventory (inventory attached) of all assets of Walter A. Lista found in homestead of 13001 Zambrana St., Coral Gables, FL), dated April 30, 2013. Civil Seizure effected 5/1/2013 on Debtor's personal property (and property belonnging to Jaime Parlade). Order Granting Motion for Order of Entry and Inventory dated April 30, 2013 |
| Roniel Rodriguez IV, P.A. as assignee of Alvarez Carbonell, et al v. Plaza 7601 LLC and Aidan sullivan and Isabel Sullivan and Walter L. Lista and Walter A. Lista, and Carlos J. Martell and Jose Zarraluqui, Case No. 11-22130 CA 24 | Suit for alleged legal fees | Miami-Dade County Courthouse, 73 West Flagler Street, Miami, FL 33130 | Pending |

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of New York Mellon (The) v. Luis C. Jimenez, Monica Patricia Guevara, Miami Dade County, Florida, Mortgage Electronic Reg. System, Priority One Credit Union, state of Florida Department of the Treasury, Venetia Gardens So. Condo. Association, Walter A. Lista, Case No. 2009-82740 CA 01 | Foreclosure action | Miami-Dade Circuit Court, 73 West Flagler Street, Miami, FL 33130 | Debtor had taken title subject to mortgage but had not assumed it. Property located at _____ is encumbered in excess of value. Case pending. |
| Wells Fargo Bank, N.A. v. Precast Depot, Inc., Jose Zarraluqui, Walter A. Lista, Case No. 2011-25949-CA 01 | Suit for money | Miami-Dade County Courthouse, 73 West Flagler Street, Miami, FL 33130 | Pending |
| Universal Concrete & Ready Mix Corp. v. Precast Depot, Inc., Walter A. Lista and Jose Zarraluqui, Case No. 2011-19093-SP-25 | Suit for goods sold. Settled, and settlement paid by corporate defendant. | Miami-Dade Circuit Court, 73 West Flagler Street, Miami, Florida 33130 | Settled - dismissed. |
| Apollo Bank v. Medley Properties, LLC, Case No. 2012-34182-CA 01 | Foreclosure of real estate and attachment of debtor's membership interest in Medley Properties | Miami-Dade Circuit Court, 73 West Flagler Street, Miami, FL 33130 | Membership interest attached but not disposed of; foreclosure pending |
| Kelly Tractor Co. v. Precast Depot, Inc. v. Walter A. Lista, Case No. 201-7786-CC26 | Sued for money | Miami-Dade County Courthouse, 73 West Flagler Street, Miami, FL 33130 | Final Judgmetn entered. |
| Seacoast National Bank vs. M/V Satisfaction, etc., in rem, Walter A. Lista and Walter L. Lista in personam, U.S. District Court, SD Fla., Case No. 12 CV 24001 JAL | Foreclosure of mortgage on 82' pleasure craft | United States District Court, Miami, Florida | Vessel sold by U.S. Marshal - proceedings pending for deficiency |
| Hancor, INc. a division of Advanced Drainage Systems, Inc. vs. Precast Depot, Inc., Case No. 10-18568 CA (27) | Collection of money | Miami-Dade Circuit Court, 73 West Flagler Street, Miami, FL 33130 | Execution issued 6/14/2013 |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Metro-Dade Sheriff c/o Melinda Thornton 111 N.W. First Street, # 2810 Miami, FL 33128 | May 2013 | Sheriff seized on Roniel Rodriguez IV, P.A.'s judgment, Case No. 2011-22457-CA-01, household goods and furnishings; boat and trailer belonging to a third party; accounts garnished, and further items as listed on inventory taken at the time of levy. |

B7 (Official Form 7) (04/13)

### 5. Repossessions, foreclosures and returns

None  ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Sheriff's Execution** | | **2003 F250 Truck executed by Sheriff; other personal property.** |
| **Sheriff's Execution** | | **82' boat foreclosed upon by lender.  Boat was taken approximately December 2012 and sold at Marshal sale prior to bankruptcy pursuant to foreclosure judgment.  A 45 caliber pistol belonging to Debtor was on the vessel when the U.S. Marshal took custody; it was not returned.** |

### 6. Assignments and receiverships

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None  ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None  ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard Robles, Esq. | | $300.00 |
| Boyd & Jenerette, P.A.<br>801 Brickell Avenue<br>Suite 1440<br>Miami, FL 33131 | May 28, 2013 - payer Marta Lista, mother | $2,500 |

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Jaime Parlade** | **Hewes 18' flats boat and fishing and related taken by the Sheriff** | **13001 Zambrana Street, Coral Gables, FL** |
| **Lucia, Paola, Isabella Lista (children)** | **Children's furniture; computers - taken by Sheriff** | **13001 Zambrana Street, Coral Gables, FL** |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **EPA** | | | **Medley Properties, 11002 N.W. South River Dr., Hialeah, Fl (superfund site)** |

B7 (Official Form 7) (04/13)

<table>
<tr><td rowspan="2">None<br>■</td><td>c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.</td></tr>
</table>

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Medley Properties, LLC | EIN No. 203178623 | 11002 N.W. South River Drive Medley, FL 33178 | Owns 10 acres of industrial real estate | 07/20/2005 - to present |
| Walter & Williams Group, Inc. | EIN No. 650983597 | 1102 N.W. S. River Drive Medley, FL 33178 | Inactive - | 11/04/1999 - 09/24/2010 |
| JW Truck and Equipment, Inc. | EIN No. 202401944 | 11002 N.W. South River Dr. Medley, FL 33178 | No current business | 03/03/2011 - present |
| Zles Management Group, Inc. | EIN No. 261244381 | 11002 N.W. South River Drive Medley, FL 33178 | Inactive | 10/12/2007 - 09/24/2010 |
| Serit Tires Wholesale Ltd. Co. | EIN No. 320097758 | 7860 S.W. 86th Street, # 27 Miami, FL 33143 | Inactive - Debtor has not been involved with this entity for some time and has no information other than provided by Sunbiz.org | 11/07/2003 - 09/23/2011 |
| Plaza 7601 LLC | EIN No. 203178623 | 11002 N.W. South River Drive Medley, FL 33178 | Real estate | 04/02/2007 - present |
| Precast Depot, Inc. | 65-1134724 | | Precast custom molded concrete forms for construction - out of business for two years. | Began 7/2001 and dissolved by Florida August 2012. |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None □
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Parlade & Schaefer**<br>**325 Ameria Avenue**<br>**Coral Gables, FL** | **@4 years** |

None ■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

B7 (Official Form 7) (04/13)

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                       ADDRESS                     DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,            DATE AND PURPOSE          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR    OF WITHDRAWAL            OR DESCRIPTION AND
                                                          VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                   TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                         TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature    **/s/ Walter A Lista** _____

                                           **Walter A Lista**
                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 3
File:  00909912.PDF
Path:  W:\Data\JacksCF\LIST01\RN3007

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Walter A Lista**                         Case No.    **13-22662**
                                   Debtor(s)           Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Eagle National Bank of Miami, N.A.** | **Describe Property Securing Debt:**<br>**13001 Zambrana Street**<br>**Coral Gables, FL 33156** |
|---|---|

Property will be (check one):
☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
■ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Eduardo Fernandez** | **Describe Property Securing Debt:**<br>**13001 Zambrana Street**<br>**Coral Gables, FL 33156** |
|---|---|

Property will be (check one):
☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
■ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ■ Not claimed as exempt

---

B8 (Form 8) (12/08)

Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Flagstar Bank** | **Describe Property Securing Debt:**<br>**6784 S.W. 97th Street**<br>**Miami, FL  33156**<br><br>**single family house - the property is encumbered in excess of current value; several months ago Debtor tried to mitigate the damages of all concerned by seeking a short sale for the property.  The** |

Property will be (check one):
- ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**U.S. Bank National Association** | **Describe Property Securing Debt:**<br>**13001 Zambrana Street**<br>**Coral Gables, FL  33156** |

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

B8 (Form 8) (12/08)

Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _____

Signature    **/s/ Walter A Lista** _____

                        **Walter A Lista**
                        Debtor