**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Miami Division*

IN RE:

**WALTER A. LISTA a/k/a**
**WALTER LISTA,**

                 **Debtor.**

**Case No. 13-22662-AJC**

**Chapter 7**

**MOTION FOR PROTECTIVE ORDER**
**RE ECF #47-68**

The Debtor, WALTER A. LISTA ("LISTA"), by and through undersigned counsel, hereby respectfully seeks a protective Order against the wholesale request for Rule 2004 Examination and Subpoenas in this case propounded by CSK EDUCATIONAL FUNDING TRUST ("CSK"), which is the Plaintiff who sued the Debtor in Adversary Case No. 13-01439-AJC. In support thereof the Debtor would state as follows:

> **Notice to Respondents Concerning the Referenced Rule 2004**
> **Examination Notices and Subpoenas**
>
> According to Local Rule 7026-1(E)(2) of the U.S. Bankruptcy Court for the Southern District of Florida, the deadline for response to the discovery requested is extended until such time as the Court rules upon this Motion. The Order of the court will reset the deadline, if necessary.

1.    A week after the Petition was filed in this Chapter 7 case; CSK filed a Complaint for denial of discharge (Case No. 13-01439-AJC).

2.    By separate Motion in the adversary proceeding, the Debtor is moving to amend his Answer in order to reflect an additional defense; i.e., that a Judgment obtained by CSK's predecessor

in-interest in state court, was void, having been obtained by fraud upon the state court (and upon the Debtor); and that CSK, since it is not a creditor, lacks standing.

    3.    CSK's predecessor-in-interest is its counsel, RONEL RODRIGUEZ IV, P.A.

    4.    Now, not content for its alleged predecessor to have obtained the Judgment by fraud on the court, CSK has elected to serve a massive quantity of discovery; having filed twenty-one (21) different pleadings pertaining to Rule 2004 Examinations and document production, setting a week and a half of depositions.

    5.    A list of the 21 individual notices (ECF #47-68) excerpted from the Court Docket is attached as Exhibit "A;" in the interest of brevity.

    6.    CSK, having already filed an adversary proceeding, should be seeking relevant discovery <u>in</u> the adversary proceeding; it should not be going on an enormous wide-ranging "fishing expedition" in the main bankruptcy case.  Generally, once an adversary proceeding has been filed, Fed.R.Bankr.P. 7026(b) applies to adversary proceeding.  As the Court explained *In Re Enron Corp.*, 281 B.R. 836, 840 (Bankr. S.D. N.Y.):

> As a general proposition, Rule 2004 examinations are appropriate for revealing the nature and extent of the bankruptcy estate, *see Bennett Funding*, 203 B.R. at 28, and 'for "discovering assets, examining transactions, and determining whether wrongdoing has occurred.' *In re Strecker*, 251 B.R. 878, 882 (Bankr. D.Colo. 2000) (citing *In re Duratech Indus., Inc.*, 241 B.R. 283, 289 (E.D. N.Y. 1999)).  In this regard, courts have recognized that Rule 2004 examinations are broad and unfettered and in the nature of fishing expeditions, e.g., *in re GHR Energy Corp.*, 33 B.R. 451, 453 (Bankr. D.Mass. 1983).  However, 'the availability of Rule 2004 as a discovery tool is not unlimited.' *Intercontinental Enters., Inc. v. Keller (in re Blinder, Robinson & Co., Inc.)* 127 B.R. 267, 274 (D.Col. 1991).
>
> Courts have imposed limits on the use of Rule 2004 examinations where the purpose of the examination is to abuse or harass, *In re Mittco, Inc.*, 44 B.R. 35, 36 (Bankr. E.D. Wis. 1984), or under the well recognized rule that once an adversary proceeding or contested matter is commenced, discovery should be pursued under the Federal Rules of Civil Procedure and not by Rule 2004. *Bennett Funding*, 203 B.R. at 38, *accord 2435 Plainfield Ave., Inc. v.*

*Township of Scotch Plains (in re 2435 Plainfield Ave., Inc.)* 223 B.R. 440,
455-56 (Bankr. D. N.J. 1998) (collecting cases), *cf. in re Buick*, 174 B.R.
299, 306 (Bankr. D.Co. 1994) (recognizing that the limitation does not apply
to parties not affected by, and issues not raised in, pending adversary
proceedings.).

The basis for this latter proscription 'lies in the distinction between the
broad...nature of the Rule 2004 exam and he more restrictive nature of
discovery under [the Federal Rules of Civil Procedure] *2435 Plainfield*, 223
B.R. at 456 (internal citation omitted); see also *in re Dinubilo*, 177 B.R. 932,
939-40 & n.12.

7.    Here, the Plaintiff, who filed its adversary proceeding well before the 341

Meeting of Creditors, lost its opportunity to go on a fishing expedition, and must be

limited to discovery under the adversary rules Fed.R.Bankr.P. 7026, *et seq.*

8.    The controversy here started with the Debtor's sister's divorce.    The

underlying claim, under which the current activity claims to be justified, emanates from

a Default Judgment for alleged legal fees claimed by the law firm of Debtor's former

brother-in-law, who is an attorney.    The Judgment is void in firm for a number of

reasons:

a.    At the time the action was filed, Lista was never served with

process.    As of the date of this Motion, LISTA has never been served with

process.

b.    No return of service was ever filed with the state court, and

Plaintiff never filed any conclusive proof with the court evidencing that LISTA

was served with process.

c.    RONEL RODRIGUEZ IV, ESQ., did provide LISTA's former

counsel with a purported return of service indicating that ERNESTO VALDES

(CPS#1111) had allegedly personally served. LISTA on July 20, 2011 at 2:00 P.M. at 13001 Zambrana Street, Coral Gables, Florida. [Exhibit "B"].

      d.     The same process server, Ernesto Valdes (CPS#1111), wrote on a Summons that he served another Defendant, MARTA V. LISTA, on the exact same time and date at another location: 12961 Deva Street, Coral Gables, Florida. [Exhibit "C"].

      f.     The Judgment is for over $90,000 of alleged attorneys' fees of PRECAST DEPOT, INC., and dated the same day as the lawsuit. [Exhibit "D"]. The alleged bills were addressed to Precast Depot, Inc. There was no personal guarantee alleged; but, even so, in the same Complaint, the Plaintiff sued not only PRECAST DEPOT, INC., but the Debtor, his wife, his father and his mother.

      9.     It is readily apparent that, with the nasty one of the adversary Complaint (Case No. 13-01439 (ECF #1), filed within a week of the Petition, coupled with the nature and sheer volume of the discovery sought, the primary goal here is not proving denial of discharge or collecting a claim; the primary purpose of the discovery is harassment, embarrassment and adding additional cost and expense to this proceeding.

      10.     We have communicated with counsel for CSK as required by Local Rule 7026-1(F), but have not been able to resolve the dispute.

      WHEREFORE, the Debtor respectfully prays for a protective Order canceling the requested discovery and quashing the several Subpoenas, as they constitute harassment, they are excessively burdensome, a fishing expedition, and totally inappropriate with

respect to a party who has already filed its Complaint and should therefore be governed by the appropriate required discovery rule, BR 7026 et *seq.*

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rules 2090-1(A).

                           Respectfully submitted,

                           /S/ Ronald G. Neiwirth
                           RONALD G. NEIWIRTH
                           Florida Bar No. 152175
                           BOYD & JENERETTE
                           One Brickell Square
                           801 Brickell Avenue, Suite 1440 Miami,
                           FL 33131
                           Telephone:        (305) 537-9111
                           Facsimile:        (305) 537-9130
                              rneiwirth@boyd-jenerette.com


                   **CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the foregoing was served this 9th day of August 2013, upon all counsel of record or pro se parties identified on the enclosed Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                           /s/ Ronald G. Neiwirth
                           Ronald G. Neiwirth

Case No. 13-22662-AJC

## SERVICE LIST

**Melinda S. Thornton**
Assistant County Attorney
Mst4@miamidade.gov
Cao.bkc@miamidade.gov

**Office of the U.S. Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**Drew M Dillworth**
ddillworth@stearnsweaver.com

**Barry E Mukamal**
www.marcumllp.com
Email: bankruptcy@marcumllp.com

**Eric J Silver**
Email: esilver@stearnsweaver.com

Roniel Rodriguez IV, Esq.
E-mail:    Ron@RJRfirm.com

Apollo Bank
1150 South Miami Avenue
Miami, FL 3330

Eduardo Fernandez
c/o Aurelio durana, Esq.
Aurelio@DuranaLaw.com

Benjamin R. Alvarez, Esq.
2100 Ponce de Leon Blvd., Suite 750
Coral Gables, FL 33134

Carlos J. Martell
5941 S.W. 83rd Street
Miami, FL 33143

County Line Materials
205 North Street
Marathon, WI 54448

CT Corporation System
100 Biscayne Boulevard
Miami, FL 33132

CSK Educational Funding, LLC
c/o James Miller, Esq.
19 West Flagler Street, #416
Miami,FL 33130

Diana Q. Lista
6784 S.W. 97th Street
Miami, FL

Eagle National Bank of Miami, N.A.
2100 Ponce de Leon Blvd.
Suite 750
Coral Gables, FL 33134

Eduardo Fernandez
4100 S.W. 57 Avenue
Miami, FL 33155

Eureka Properties
10437 Laurel Road
Davie, FL  33328

Charles Lieber
11209  14th Avenue
College Point, FL  11352

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Hancor, LLC
c/o CT Corporation System
1200 S. Pine Island Road
Fort Lauderdale, FL 33324

Isabel Edwards
7566 S.W. 104 Pl
Miami, FL 33173

Jose L. Zarraluqui
1407 Genoa Street
Coral Gables, FL 33134

Kelly Tractor
8255 N.W. 58th Street
Miami, FL 33166

Marta V. Lista
12961 Deva Street
Coral Gables, FL 33156

Precast Depot, Inc.
11002 N.W. South River Drive
Miami, FL 33178

Precast Depot, Inc.
c/o AC Law Registered Agents, Inc.
9100 S. Dadeland Blvd., # 1000
Miami, FL 33156

Rachel A. Camber, Esq.
9130 S. Dadeland Blvd. Suite 1800
Miami, FL 33156-7858

Roniel Rodriguez IV, P.A.
20533 Biscayne Blvd.
Suite 1243
Aventura, FL 33180

Seacoast National Bank
Rene Starobin Iosco, Esq.
2400 S.E. Federal Highway 4th Floor
Stuart, FL 34994

Silvio Morales
9401 S.W. 148 Street
Miami, FL 33176

Thomas Curtis
1211 Meadowlark Lane
Miami Springs, FL 33166

U.S. Bank
POB 790179
St. Louis, MO

Walter L. Lista
12961 Deva Street
Coral Gables, FL 33156

Wells Fargo Corp.
c/o Primary Financial Services
3115 North 3rd Avenue
Suite 112
Phoenix, AZ 85013

Wells Fargo Bank, N.A.
c/o Niall T. McLachland, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, # 4200
Miami, FL 33131

U.S. Bank National Association
As Trustee for ABFC 2006-HEI Trust
c/o David J. Kim, Esq.
500 South Australian Ave., # 730
West Palm Beach, Fl 33401

## INDIVIDUALS SUBPOENAED FOR RULE 2004 EXAMINATION:

Marta Lista
12961 Deva Street
Coral Gables, FL 33156

Walter L. Lista
12961 Deva Street
Coral Gables, FL 33156

Diana Q. Lista
13001 Zambrana Street
Coral Gables, FL 33156

Plaza 7601, LLC
5941 SW 83 ST
Miami, FL 33143

JW Truck and Equipment Leasing, LLC
11002 NW South River Dr.
Medley, FL 33178

Medley Properties, LLC
11002 NW South River Dr.
Medley, FL 33178

Jaime Parlade
325 Almeria Avenue
Coral Gables, FL 33134

Frank C. Quesda
1313 Ponce De Leon Blvd Ste 200
Coral Gables, Florida 33134

Thomas Curtis
1211 Meadowlark Lane
Miami Springs, FL 3166

Jose Zarraluqui
1407 Genoa Street
Coral Gables, FL 33134

Cesar Sordo
3006 Aviation Ave, Ste 2A
Coconut Grove, Florida 33133

Manuel J. Rodriguez
Rovisa Investments, Inc.
6784 SW 97TH St.
Miami, FL 33156

Precast Manufacturing
11002 NW South River Dr.
Medley, FL 33178

Flagstar Bank
c/o Alessandro P. Dinello, President
5151 Corporate Drive
Troy, MI 48098

US Bank
c/o Richard K. Davis, President
800 Nicollet Mall
Minneapolis, MN 55402

American Express
c/o Edward P. Gilligan, President
200 Vesey Street
New York, NY 10285

Apollo Bank
c/o Richard H. Dailey, President
1150 South Miami Avenue
Miami, FL 33130

TD Ameritrade
c/o Fred Tomczyk, President
4211 South 102  Street
Omaha, NE 68127

US Century Bank
c/o Carlos J. Davila, President
2301 NW. 87th Ave.
Miami, FL 33172

Case No. 13-22662-AJC

Seacoast National Bank
c/o Dennis S. Hudson III, President
815 Colorado Avenue
Stuart, FL 34994


Epiphany Catholic School
c/o Sister Margaret Fagan, President
5557 SW 84 Street
Miami, FL 33143