| | | |
|---|---|---|
| 07/19/2013 | ● 47 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination of MARTA LISTA on AUGUST 13, 2013 at 10:00AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 48 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination Duces Tecum of WALTER L. LISTA on AUGUST 13, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) *Modified on 7/22/2013 to correct examination time.* (Barr, Ida). (Entered: 07/19/2013) |
| 07/19/2013 | ● 49 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination of DIANA Q. LISTA on AUGUST 14, 2013 at 10:00 AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 50 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination of Corporate Representative of PLAZA 7601, LLC on AUGUST 14, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 51 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination of Corporate Representative of JW TRUCK AND EQUIPMENT LEASING, LLC on AUGUST 15, 2013 at 10:00 AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 52 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination of Corporate Representative of MEDLEY PROPERTIES, LLC on AUGUST 15, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 53 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination Duces Tecum of JAIME PARLADE on AUGUST 16, 2013 at 10:00 AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 54 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination Duces Tecum of FRANK C. QUESADA on AUGUST 16, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 55 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination of THOMAS CURTIS on AUGUST 19, 2013 at 10:00 AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |

EXHIBIT

A

| 07/19/2013 | ● 56 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination of JOSE ZARRALUQUI on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
|---|---|---|
| 07/19/2013 | ● 57 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination Duces Tecum of CESAR SORDO on AUGUST 20, 2013 at 10:00 AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 58 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination Duces Tecum of MANUEL J. RODRIGUEZ on AUGUST 20, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 59 (3 pgs) | Omnibus Notice of Taking Rule 2004 Examination Duces Tecum of Corporate Representative of PRECAST MANUFACTURING on AUGUST 21, 2013 at 10:00 AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 60 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of Flagstar Bank c/o Alexandro P. Dinello, President on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit A) (Rodriguez, Roniel)*Modified on 7/22/2013 to correct name of examination party.* (Barr, Ida). *Modified on 7/22/2013 to change examination party back to the original party.* (Barr, Ida). (Entered: 07/19/2013) |
| 07/19/2013 | ● 61 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of US BANK c/o RICHARD K. DAVIS on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit) (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 62 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of AMERICAN EXPRESS c/o EDWARD P. GILLIGAN on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit) (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ● 63 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of APOLLO BANK c/o Richard H. Dailey on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit) (Rodriguez, Roniel) (Entered: 07/19/2013) |

| | | |
|---|---|---|
| 07/19/2013 | ◐ 64 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of TD AMERITRADE c/o FRED TOMCZYK on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit A) (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ◐ 65 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of US CENTURY BANK C/O CARLOS J. DAVILA on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit) (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ◐ 66 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of SEACOAST NATIONAL BANK C/O DENNIS S. HUDSON, III on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit) (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ◐ 67 (64 pgs; 2 docs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of EPIPHANY CATHOLIC SCHOOL C/O SISTER MARGARET FAGAN on AUGUST 19, 2013 at 2:00 PM Filed by Creditor CSK Educational Funding Trust. (Attachments: # 1 Exhibit) (Rodriguez, Roniel) (Entered: 07/19/2013) |
| 07/19/2013 | ◐ 68 (8 pgs) | Notice of Taking Rule 2004 Examination Duces Tecum of WALTER A. LISTA on AUGUST 30, 2013 at 8:30 AM Filed by Creditor CSK Educational Funding Trust. (Rodriguez, Roniel) *Modified on 7/22/2013 ro correct examination date.* (Barr, Ida). (Entered: 07/19/2013) |

## RETURN OF SERVICE

State of Florida                                    County of Miami-Dade

Case Number: 11-22457 CA 21

Plaintiff:
RONIEL RODRIGUEZ IV, P.A., AS ASSIGNEE OF ALVAREZ
CARBONELL, ET AL

vs.

Defendant:
PRECAST DEPOT, INC., AND WALTER L. LISTA, AND WALTER A.
LISTA, AND MARTA V. LISTA

For:
Roniel Rodriguez
RONIEL RODRIGUEZ, IV, P.A.
20533 Biscayne Blvd
Suite 1243
Aventura, FL 33180

Received by Lightning Legal Couriers on the 20th day of July, 2011 at 12:00 pm to be served on WALTER A.
LISTA, 13001 ZAMBRANA STREET, CORAL GABLES, FL 33156.

I, Ernesto Valdes, do hereby affirm that on the 20th day of July, 2011 at 2:00 pm, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the Summons and Complaint with the date
and hour of service endorsed thereon by me, to: WALTER A. LISTA at the address of: 13001 ZAMBRANA
STREET, CORAL GABLES, FL 33156, and informed said person of the contents therein, in compliance with state
statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify
that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good
standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PERSUANT TO F.S.
92.525(2)

Ernesto Valdes
CPS#1111

Lightning Legal Couriers
3066 S.W. 17th Street
Miami, FL 33145
(786) 286-4167

Our Job Serial Number: LTN-2011000479



EXHIBIT
B

| X IN THE CIRCUIT COURT OF THE 11ᵀᴴ JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. Q | | |
|---|---|---|
| **DIVISION**<br>X CIVIL<br>Q OTHER | **SUMMONS** | **CASE NUMBER**<br>11-22457CA21 |
| **PLAINTIFF(S)**<br>RONIEL RODRIGUEZ IV, P.A., as assignee of ALVAREZ CARBONELL *et. al* | **DEFENDANT (s)**<br>PRECAST DEPOT, INC., and WALTER L. LISTA, and WALTER A. LISTA, and MARTA V. LISTA | **CLOCK IN**<br>7.20.11  2:00p<br>R. Valdes # 117 |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the *Complaint* in this action on defendant:

**MARTA V. LISTA**
**12961 DEVA STREET**
**CORAL GABLES, FLORIDA 33156**

Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney:

Roniel Rodriguez IV, P.A., 20533 Biscayne Blvd.-Suite 1243, Aventura, Florida 33180, 305-773-4875, Fax: 305-359-5196, Ron@RJRfirm.com within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

| CLERK OF COURTS | BY _Roman C. Palo_<br>DEPUTY CLERK | DATE<br>JUL 20 2011 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL

ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ASA COORDINATOR, NO LATER THAN 7

DAYS PRIOR TO THE PROCEEDINGS AT 305/375-2006 (VOICE) OF 305/375-2007 (TDD)

COURT SEAL



EXHIBIT
C

 

**ALVA·CARBONELL,**
**FELTMAN, JIMENEZ & GOMEZ, P.L.**
A T T O R N E Y S   A T   L A W

Via U.S. Mail
PreCast Depo, Inc.
11002 NW South River Drive
Medley, FL 33178

July 20, 2011

RE: Sanchez, Juan v. PreCast Depot
Invoice no.: 11114

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/17/2010 EG | A101 Plan and prepare for<br>Plan and prepare for ▮▮▮▮▮▮▮ conference with ▮▮▮ regarding ▮▮▮▮▮▮▮▮▮; telephone conference with ▮▮▮▮▮ | 3.80<br>375.00/hr | 1,425.00 |
| AJV | A101 Plan and prepare for<br>Prepare for mediation; conference with ▮▮▮ regarding ▮▮▮▮▮▮▮ | 2.30<br>275.00/hr | 632.50 |
| 5/18/2010 AJV | A109 Appear for/attend<br>Prepared for, traveled to and attended ▮▮▮▮▮▮▮ along with ▮▮▮▮▮ | 3.00<br>275.00/hr | 825.00 |
| EG | A109 Appear for/attend<br>Travel to/from ▮▮▮▮▮▮▮ with ▮▮▮▮▮▮▮ | 3.00<br>375.00/hr | 1,125.00 |
| 5/24/2010 AJV | A104 Review/analyze<br>Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.00<br>275.00/hr | 275.00 |
| 5/26/2010 PBF | A108 Communicate (other external)<br>Correspondence regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.70<br>425.00/hr | 297.50 |
| EG | A103 Draft/revise<br>Draft edits to ▮▮▮▮▮▮▮▮▮▮, draft correspondence to ▮▮▮▮▮▮ ▮▮▮ re: same. | 0.50<br>275.00/hr | 137.50 |



EXHIBIT
D

...cal Depo, Inc.

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2010 AJV | A103 Draft/revise | Prepare and file ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00<br>275.00/hr | 275.00 |
| 6/17/2010 BRA | A105 Communicate (in firm) | Exchange correspondence with ▓▓ regarding ▓▓▓▓▓▓▓▓ | 1.20<br>400.00/hr | NO CHARGE |
| AJV | A104 Review/analyze | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.50<br>275.00/hr | 412.50 |
| AJV | A105 Communicate (in firm) | Conference with ▓▓ regarding ▓▓▓▓▓▓▓ | 0.20<br>275.00/hr | 55.00 |
| EG | A105 Communicate (in firm) | Meeting with ▓▓▓ regarding ▓▓▓▓▓▓▓ | 0.20<br>375.00/hr | 75.00 |
| 6/22/2010 AJV | A103 Draft/revise | Prepare outline for ▓▓ in preparation for ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ conference with ▓▓ regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓ | 1.50<br>275.00/hr | 412.50 |
| EG | A105 Communicate (in firm) | Meet with ▓▓▓ with regards to the ▓▓▓▓▓▓▓▓ | 0.50<br>375.00/hr | 187.50 |
| 6/23/2010 AJV | A109 Appear for/attend | Attend deposition of ▓▓▓▓▓▓▓▓ | 2.00<br>275.00/hr | 550.00 |
| 7/6/2010 AJV | A103 Draft/revise | Draft ▓▓▓▓▓▓▓▓▓▓ conference with ▓▓▓ regarding same | 0.80<br>275.00/hr | 220.00 |
| 10/8/2010 AJV | A103 Draft/revise | Draft and file ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conference with ▓▓▓ and ▓▓ regarding same | 0.60<br>275.00/hr | 165.00 |
| BRA | A105 Communicate (in firm) | Conference with ▓▓▓ and ▓▓ regarding ▓▓▓▓▓▓▓▓ review and revise same | 0.30<br>475.00/hr | 142.50 |

ReCast Depo, Inc.

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2010 EG | A105 Communicate (in firm)<br>Meet with ▆▆ and ▆▆ regarding ▆▆▆▆▆▆▆▆▆ | | 0.30<br>375.00/hr | 112.50 |
| 10/12/2010 AJV | A109 Appear for/attend<br>Travel to/from and attend ▆▆▆▆▆ | | 2.00<br>275.00/hr | 550.00 |
| AJV | A108 Communicate (other external)<br>Exchange correspondences with ▆▆▆▆▆ with regards to<br>▆▆▆▆▆▆▆▆▆ | | 0.40<br>275.00/hr | 110.00 |
| 10/23/2010 AJV | A108 Communicate (other external)<br>Exchange multiple correspondences with ▆▆▆▆ regarding<br>▆▆▆▆▆▆▆ | | 0.30<br>275.00/hr | 82.50 |
| 12/8/2010 AJV | A109 Appear for/attend<br>Travel to/from and attend ▆▆▆▆▆ | | 2.00<br>275.00/hr | 550.00 |
| 12/11/2010 AJV | A106 Communicate (with client)<br>Forward correspondence to ▆▆▆ regarding ▆▆▆▆▆ | | 0.20<br>275.00/hr | 55.00 |
| 2/6/2011 AJV | A109 Appear for/attend<br>Travel with ▆▆ to ▆▆▆ to conduct the ▆▆▆▆▆▆▆▆▆<br>corporate representative; conference with ▆▆ regarding same | | 5.30<br>325.00/hr | 1,722.50 |
| BC | A109 Appear for/attend<br>Travel with ▆▆ to ▆▆▆ to conduct telephonic depo of ▆▆▆▆<br>corporate rep; confer with BRA regarding same | | 5.30<br>325.00/hr | 1,722.50 |
| BRA | A104 Review/analyze<br>Review file and confer with ▆▆ and ▆▆ regarding ▆▆▆▆▆ | | 0.60<br>525.00/hr | 315.00 |
| 2/7/2011 AJV | A109 Appear for/attend<br>Attend the telephone deposition of ▆▆▆▆▆▆▆▆▆<br>Paychex; telephone conference with BRA and EG regarding same;<br>traveled to ▆▆▆ upon completion of same | | 6.00<br>325.00/hr | 1,950.00 |
| BC | A109 Appear for/attend<br>Attend telephonic deposition of ▆▆▆▆▆▆▆ telephone<br>conference with ▆▆ and ▆▆ regarding ▆▆▆▆▆; return to office in | | 6.00<br>325.00/hr | 1,950.00 |

Cast Depo, Inc.

Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Miami** |  |  |  |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/7/2011 BRA | A104 Review/analyze<br>Telephone conference with ▓▓▓▓▓ regarding ▓▓▓▓▓ | | 0.40<br>525.00/hr | 210.00 |
| EG | A106 Communicate (with client)<br>Telephone conference with ▓▓▓ regarding ▓▓▓▓ | | 0.40<br>425.00/hr | 170.00 |
| 2/8/2011 AJV | A105 Communicate (in firm)<br>Conference with ▓▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 1.00<br>325.00/hr | 325.00 |
| MAO | A105 Communicate (in firm)<br>Meeting with ▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓ | | 1.00<br>325.00/hr | 325.00 |
| EG | A105 Communicate (in firm)<br>Meeting with ▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓▓▓<br>for same | | 2.50<br>425.00/hr | 1,062.50 |
| BRA | A105 Communicate (in firm)<br>Attend conference with ▓▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓; begin to prepare for ▓▓▓▓▓▓ | | 3.60<br>525.00/hr | 1,890.00 |
| AJV | A103 Draft/revise<br>Prepare opening arguments for ▓▓▓▓ review; Edit opening argument<br>draft pursuant to ▓▓▓▓ request | | 1.20<br>325.00/hr | 390.00 |
| BRA | A104 Review/analyze<br>Receive and review initial draft of opening arguments for upcoming trial<br>by ▓▓▓ revise and make recommendations on same | | 0.90<br>525.00/hr | 472.50 |
| 2/9/2011 AJV | A104 Review/analyze<br>Read and review ▓▓▓▓▓▓▓▓▓▓▓▓▓ conference with ▓▓ and<br>▓▓ based on my highlights; prepare ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓ instructions | | 3.20<br>325.00/hr | 1,040.00 |
| MAO | A105 Communicate (in firm)<br>Conference with ▓▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓▓ | | 1.00<br>325.00/hr | 325.00 |

Cast Depo, Inc.

Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2011 | EG | A105 Communicate (in firm)<br>Conference with ▓▓▓▓ regarding ▓▓▓▓ ▓▓▓▓ prepare for trial; telephone conference with ▓▓▓▓ | 3.80<br>425.00/hr | 1,615.00 |
| | BRA | A104 Review/analyze<br>review all discovery and entire to prepare for trial; prepare for and attend conference with ▓▓▓▓ conference ▓▓▓▓ regarding ▓▓▓▓ | 4.60<br>525.00/hr | 2,415.00 |
| 2/10/2011 | AJV | A104 Review/analyze<br>Read and review deposition of ▓▓▓▓; conference with ▓▓▓▓ regarding ▓▓▓▓ review ▓▓▓▓ prepared by ▓▓▓ | 2.40<br>325.00/hr | 780.00 |
| | MAO | A104 Review/analyze<br>Read, review, and summarize ▓▓▓▓ conf with ▓▓▓▓ regarding same | 3.40<br>325.00/hr | 1,105.00 |
| | EG | A105 Communicate (in firm)<br>Assist ▓▓▓ with trial prep; attend conference with ▓▓▓▓ regarding ▓▓▓▓ | 2.80<br>425.00/hr | 1,190.00 |
| | BRA | A101 Plan and prepare for<br>Keep preparing for trial; work on ▓▓▓▓ | 4.50<br>525.00/hr | 2,362.50 |
| 2/11/2011 | EG | A105 Communicate (in firm)<br>Prepare for trial; conference with ▓▓▓▓ regarding ▓▓▓▓ | 7.20<br>425.00/hr | 3,060.00 |
| | BRA | A101 Plan and prepare for<br>Prepare for trial; Assign research assignments to ▓▓▓▓ in order to ensure all trial assignments are completed over the weekend | 6.50<br>525.00/hr | 3,412.50 |
| | AJV | A105 Communicate (in firm)<br>Meet with ▓▓▓▓ regarding upcoming trial; plan and prep for same | 1.00<br>325.00/hr | 325.00 |
| | MAO | A105 Communicate (in firm)<br>Meeting with ▓▓▓▓ regarding ▓▓▓▓ | 1.00<br>325.00/hr | 325.00 |

PreCast Depo, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2011 AJV | A103 Draft/revise | Prepare draft of ▓▓▓▓▓▓▓▓▓▓ Conference with ▓▓▓ regarding ▓▓▓ make edits pursuant to ▓▓▓ ▓▓▓▓▓ | 1.50 325.00/hr | 487.50 |
| EG | A104 Review/analyze | Prepare for trial; prepare and revise ▓▓▓▓▓▓▓▓▓▓ work on preparing ▓▓▓▓▓▓▓▓▓▓ | 7.80 425.00/hr | 3,315.00 |
| AMC | A110 Manage data/files | Organize ▓▓▓▓▓▓▓▓▓ in binders in preparation for trial | 3.00 225.00/hr | 675.00 |
| BRA | A101 Plan and prepare for | Prepare for trial; prepare and revise ▓▓▓▓▓▓▓▓▓ | 8.50 525.00/hr | 4,462.50 |
| 2/13/2011 AJV | A106 Communicate (with client) | Conference with ▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓ review | 2.50 325.00/hr | 812.50 |
| MAO | A106 Communicate (with client) | Conference with ▓▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓ | 2.20 325.00/hr | 715.00 |
| AJV | A103 Draft/revise | Prepare ▓▓▓▓▓▓▓▓▓▓▓; meet with ▓▓ regarding same; make necessary revisions to ▓▓▓▓▓ as requested by ▓▓ | 3.00 325.00/hr | 975.00 |
| EG | A101 Plan and prepare for | Prepare for trial; work on ▓▓▓▓▓▓▓▓ assist ▓▓ with ▓▓▓▓▓▓▓ & meeting with ▓▓ regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓ | 10.50 425.00/hr | 4,462.50 |
| AMC | A110 Manage data/files | Prepare ▓▓▓▓▓▓ in preparation for trial; conference with ▓▓▓▓▓ ▓▓ regarding ▓▓▓▓▓▓ | 3.00 225.00/hr | 675.00 |
| AJV | A105 Communicate (in firm) | Meeting with MO and AC regarding what is needed in trial binders | 0.40 325.00/hr | 130.00 |

PreCast Depo, Inc.

Page   7

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/13/2011 | MAO | A105 Communicate (in firm)<br>Conference with ▮▮▮ with regards to ▮▮▮ | 0.40<br>325.00/hr | 130.00 |
| | BRA | A101 Plan and prepare for<br>Prepare for trial; Perform revisions to ▮▮▮; perform legal research regarding ▮▮▮ perform legal research regarding whether ▮▮▮ | 9.20<br>525.00/hr | 4,830.00 |
| 2/14/2011 | AJV | A109 Appear for/attend<br>Travel to/from and attend ▮▮▮ prepare for tomorrow | 8.00<br>325.00/hr | 2,600.00 |
| | MAO | A109 Appear for/attend<br>Attend jury trial and provide necessary assistance to trial team; prepare for tomorrow | 9.10<br>325.00/hr | 2,957.50 |
| | BRA | A109 Appear for/attend<br>Prepare for and attend trial; prepare for tomorrow | 9.50<br>600.00/hr | 5,700.00 |
| | EG | A109 Appear for/attend<br>Prepare for and attend trial; prepare for tomorrow | 10.40<br>500.00/hr | 5,200.00 |
| 2/15/2011 | AJV | A109 Appear for/attend<br>Travel to/from and attend continuance of trial; conference with ▮▮▮ Client ▮▮▮ upon completion of trial | 6.50<br>325.00/hr | 2,112.50 |
| | MAO | A109 Appear for/attend<br>Attend continuance of jury trial and assist to trial team | 5.00<br>325.00/hr | 1,625.00 |
| | EG | A109 Appear for/attend<br>Prepare for and attend trial; conference with ▮▮▮ telephone conference with ▮▮▮ | 6.50<br>500.00/hr | 3,250.00 |
| | BRA | A109 Appear for/attend<br>Prepare for and attend trial; conference with ▮▮▮ | 5.80<br>600.00/hr | 3,480.00 |

PreCast Depo, Inc.

Page    8

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 217.70 | $87,727.50 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 7/20/2011 JCQ | E118 Litigation support vendors<br>Deposition Interpreter for Juan Sanchez | | 1<br>560.00 | 560.00 |
| JCQ | E101 Copying<br>Copies | | 632<br>0.20 | 126.40 |
| JCQ | E108 Postage<br>Postage and delivery fees | | 1<br>315.00 | 315.00 |
| JCQ | E118 Litigation support vendors<br>Deposition Transcripts of ~~████████~~ | | 1<br>500.00 | 500.00 |

| | |
|---|---|
| Total additional charges | $1,501.40 |
| Total amount of this bill | $89,228.90 |
| Previous balance | $4,542.00 |
| Balance due | $93,770.90 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 89,228.90 | 0.00 | 0.00 | 0.00 | 4,542.00 |



Alvarez, Carbonell, Feltman, Jimenez & Gomez, P.L.
2100 Ponce de Leon Blvd.
Suite 750
Coral Gables, FL 33134


PreCast Depo, Inc.
11002 NW South River Drive
Medley, FL 33178


July 20, 2011

In Reference To:  Sanchez, Juan v. PreCast Depot

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Beginning Balance | | (5,301.00) |
| 5/14/2008 | Invoice #10154 | 345.00 | (4,956.00) |
| 6/18/2008 | Invoice #10214 | 105.00 | (4,851.00) |
| 10/28/2008 | Invoice #10416 | 1,427.50 | (3,423.50) |
| 12/22/2008 | Invoice #10465 | 930.00 | (2,493.50) |
| 2/9/2009 | Invoice #10510 | 2,493.50 | 0.00 |
| 3/6/2009 | Invoice #10560 | 1,607.50 | 1,607.50 |
| 4/9/2009 | Invoice #10601 | 450.00 | 2,057.50 |
| 5/14/2009 | Invoice #10659 | 834.50 | 2,892.00 |
| 6/30/2009 | Invoice #10716 | 542.50 | 3,434.50 |
| 11/6/2009 | Invoice #10846 | 787.50 | 4,222.00 |
| 1/27/2010 | Invoice #10900 | 110.00 | 4,332.00 |
| 4/14/2010 | Invoice #10969 | -127.50 | 4,459.50 |
| 4/16/2010 | Invoice #11035 | -82.50 | 4,542.00 |
| 7/20/2011 | Invoice #11114 | 89,228.90 | 93,770.90 |
| | Ending Balance | | 93,770.90 |
| | Amount Due | | 93,770.90 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| 89,228.90 | 0.00 | 0.00 | 0.00 | 4,542.00 |